[No. 17611-4-II.   Division Two.   November 1, 1995.]

DAVID ANDERSON, *Appellant*, v. WESLO, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 92-2-04670-4, Bruce Cohoe, J., entered October 1, 1993. *Affirmed* by unpublished opinion per Fleisher, J., concurred in by Seinfeld, C.J., and Bridgewater, J. Now published at 79 Wn. App. 829.

[No. 17787-1-II.   Division Two.   November 1, 1995.]

LAWRENCE S. HUDAK, ET AL., *Appellants*, v. DELORES M. ANDERSON, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 91-2-10311-4, Terry D. Sebring, J., entered November 19, 1993. *Reversed* by unpublished opinion per Bridgewater, J., concurred in by Wiggins and Fleisher, JJ. Now published at 80 Wn. App. 398.

[No. 18111-8-II.   Division Two.   November 1, 1995.]

ROOSEVELT BELL, *Appellant*, v. THE STATE OF WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 93-1-02083-1, Terry D. Sebring, J., entered March 11, 1994. *Affirmed* by unpublished opinion per Houghton, A.C.J., concurred in by Morgan and Bridgewater, JJ.

[No. 18112-6-II.   Division Two.   November 1, 1995.]

DEAN K. ADAM, *Appellant*, v. THE STATE OF WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 93-1-04447-1, Waldo F. Stone, J., entered March 8, 1994. *Affirmed* by unpublished opinion per Houghton, A.C.J., concurred in by Morgan and Bridgewater, JJ.